```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOHN WHITE                     : CIVIL ACTION
                               :
     vs.                       :
                               : NO. 11-CV-4919
THE HON COMPANY and            :
STAPLES, INC.                  :
```

**<u>ORDER</u>**

_____AND NOW, this     12th     day of April, 2012, upon consideration of the Defendants' Motions to Dismiss and/or for Judgment on the Pleadings (Doc. Nos. 10 and 12), and Plaintiff's Response thereto, it is hereby ORDERED that the Motions are GRANTED and Plaintiff's Complaint is DISMISSED for the reasons articulated in the preceding Memorandum Opinion.

                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER,      C.J.